**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 506 MAL 2018

          Respondent             :

                                         :    Petition for Allowance of Appeal from

                     v.                       :    the Order of the Superior Court

DAVID PAUL CUGNO,                :

          Petitioner                :

## ORDER

**PER CURIAM**

       **AND NOW**, this 28th day of January, 2019, the Petition for Allowance of Appeal is **DENIED**.